UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530,<br><br>Plaintiff,<br><br>v.<br><br>LLM PLACEMENTS, LLC,<br>3153 Fort Lincoln Drive, NE<br>Washington, DC 20018,<br><br>- and -<br><br>LINDA L. MALLOY,<br>3153 Fort Lincoln Drive, NE<br>Washington, DC 20018,<br><br>Defendants. | Civil Action No. _____ |

## COMPLAINT

The United States of America, on behalf of the U.S. Department of Defense Finance and Accounting Service ("DFAS"), by and through counsel, the United States Attorney for the District of Columbia, advances this suit to collect a debt owed to the United States for a mistaken payment DFAS made to LLM Placements, L.L.C. ("LLM Placements") on a duplicate invoice for Contract Number N68836-15-P-0562 ("the Contract") and for breach of contract, that is a promissory note executed by the Defendants LLM Placements and Linda L. Mallory in satisfaction of this debt, as well as unjust enrichment.

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1345.

2.      Venue is proper in this District under 28 U.S.C. § 1391(b) because LLM Placements (1) is registered in the District of Columbia, (2) has its principal place of business in the District of Columbia, (3) has transacted business in this District, and (4) committed acts set forth below in the District of Columbia.  Similarly, Mallory resides in this District and a substantial portion of her acts giving rise to the claims occurred in this District.

## THE PARTIES

3.      Defendant LLM Placements is a professional staffing company specializing in placing healthcare professionals with corporations and government agencies, to include the Department of Defense.  The company became a limited liability company in 2005 but lost its status as a limited liability company during three separate periods due to Malloy's failure to file reports required by the District of Columbia.  Specifically, LLM Placements lost its status as a limited liability company during the following time periods: September 2, 2012, to May 2, 2013; September 2, 2014, to March 3, 2015; and September 2, 2018, to November 14, 2018.  *See* Ex. 1, Two Year Reports; Ex. 2, Certificates of Reinstatement.

4.      Defendant Linda L. Malloy is the sole owner and alter ego of LLM Placements. She is the only officer identified on the company's website, in corporate filings and in correspondence with clients, and she performs every visible managerial role in the company.

a.      According to the company's website, Malloy is the company's President and CEO, and no other officers, managers or administrative employees are identified.  *See* LLM Placements,  https://llmplacements.com/contact-us/ (last visited April 17, 2023).  This website information about her roles is also consistent with what roles she is described as having in her corporate filings.

b.      Since Malloy formed LLM Placements as a limited liability company in 2005, she has been the only corporate officer to sign and submit the two-year reports, and

personally sign all checks used to pay the filing fees.  Except for the 2008 and 2010 filings, Malloy is the only person identified as a manager, member, organizer, or governor on any of the corporate documents.

c.      Additionally, Malloy has primarily operated LLM Placements from her home or another property she owns.  The address at 3153 Fort Lincoln, NE, Washington, D.C. 20018, is Malloy's current residence and is listed as the company's address in the 2020 and 2022 public filings.  Malloy also listed another property, 3166 Berry Road, NE, Washington, D.C. 20018, as the company's address in the 2016 and 2018 corporate filings.  She still owns this property, and it is her former residence.  Since the company's inception in 2005, this address has also been listed on its checks.

d.      Despite her use of her personal residence for LLM Placements' business activities, Malloy's individual 2020 tax return does not evidence an arms-length transaction in which LLM Placements, as a business entity, paid a fee for the use of the property, and she does not list any rental income. Therefore, she effectively comingled her personal assets with those of the company, consistent with an alter-ego relationship.  Finally, Malloy consistently files LLM's taxes on her individual tax return as a sole proprietor.

5.      The United States of America, which is represented by the United States Attorney for the District of Columbia, is advancing this lawsuit on behalf of DFAS.  DFAS is a component of the Department of Defense and provides payment services for that agency.

## BACKGROUND

6.      On July 17, 2015, DFAS received an invoice from LLM Placements in the amount of $374,322.04.  *See* Ex. 3,  Invoice No. 40015 ("First Invoice").  DFAS processed this invoice for payment on August 25, 2015.

7.      On July 30, 2015, DFAS received a second invoice from LLM Placements in the amount of $374,322.04.  This second invoice was a duplicate of the first, bills the same total, and compensates for the same services as the First Invoice.  *See* Ex. 4, Invoice No. 40015RRC ("Second Invoice").

8.      DFAS processed this second invoice for payment on August 26, 2015, and LLM Placements received a duplicate payment (overpayment) of $374,322.04 one day after receiving the original correct payment.  Given the nature of LLM Placements' business and its relatively small volume of business activity, it is highly unlikely that Malloy failed to notice immediately the overpayment.  Malloy knew or should have known of the overpayment and its exact amount through the exercise of reasonable diligence when she failed to contact the agency to alert them to the overpayment and failed to take any other steps to return the overpayment to the agency.

9.      Malloy converted the government's money to her own use and benefit. On or about March 4, 2016, Malloy contracted to purchase a luxury townhouse as a second home for herself. The townhouse, located at 3153 Fort Lincoln NE, Washington D.C. 20018, has granite countertops, upgraded cabinetry, stainless steel appliances, hardwood floors and a rooftop terrace.

10.      On August 2, 2016, after an audit detected the duplicate payment, DFAS notified Malloy that LLM Placements had submitted a duplicate invoice for services under the Contract. In comparing invoices 40015RRC and 40015, DFAS explained that the period of performance, as well as the dollar amounts, were an exact match.  DFAS also stated that it previously paid both invoices, resulting in a duplicate payment.  *See* Ex. 5, Aug. 2, 2016, correspondence.

11.     By email dated August 5, 2016, Malloy concurred with DFAS's findings that invoice 40015RRC was a duplicate payment and requested a payment plan.  *See* Ex. 6: Aug. 5, 2016, correspondence.

12.     By demand letter dated August 18, 2016, DFAS, again, notified Malloy and LLM Placements of the indebted to the United States government in the amount of $374,322.04 stemming from the duplicate payment.  *See* Ex. 7, Aug. 18, 2016, correspondence.

13.     In a letter dated August 23, 2016, Malloy stated that she was unable to pay the debt and requested installment payments in lieu of immediate payment in full.  *See* Ex. 8, Aug. 23, 2016, correspondence.

14.     On September 1, 2016, Malloy went to closing on her new second home.  She secured a purchase money mortgage of $600,948, which would have required a down payment of approximately $66,772, plus payment of any closing costs allocated to the buyer.  *See* Ex. 9, Deed of Trust.  She paid this without selling her previous residence, a condominium located at 3166 Berry Road NE, Washington D.C. 20018.

15.     In a letter dated September 12, 2016, DFAS responded to Malloy's request, agreeing to installment payments on the condition that an authorized official for the company sign a promissory note ("Promissory Note").  *See* Ex. 10, Sept. 12, 2016, correspondence.

16.     Malloy signed the Promissory Note as the authorized official on September 14, 2016, and returned it to DFAS.  *See* Ex. 11, Promissory Note.

17.     The Promissory Note required Malloy, doing business under the name and through the business entity LLM Placements, to make an initial payment of $12,258.82 on or before November 1, 2016, and subsequent payments of $10,701.13 on or before the 1st of each month, with the final payment due and owing no later than 35 months after the initial payment.  *See Id*.

18.     Between November 2016 and November 2018, LLM Placements made payments under the Promissory Note in varying amounts totaling $220,642.46.

| DATE | AMOUNT RECEIVED |
|---|---|
| November 3, 2016 | $10,701.13 |
| December 9, 2016 | $10,701.13 |
| February 2, 2017 | $10,701.13 |
| March 6, 2017 | $10,701.13 |
| April 4, 2017 | $10,701.13 |
| May 4, 2017 | $10,701.00 |
| August 28, 2017 | $10,720.00 |
| September 7, 2017 | $10,701.00 |
| September 20, 2017 | $10,701.13 |
| September 27, 2017 | $10,701.13 |
| September 27, 2017 | $10,000.00 |
| October 18, 2017 | $10,701.13 |
| December 11, 2017 | $10,701.13 |
| January 18, 2018 | $5,000 |
| February 1, 2018 | $6,000 |
| February 15, 2018 | $5,702.00 |
| March 1, 2018 | $5,702.03 |
| March 21, 2018 | $8,000.00 |
| April 2, 2018 | $2,703.00 |
| April 25, 2018 | $5,000.00 |

| DATE | AMOUNT RECEIVED |
|---|---|
| May 16, 2018 | $5,701.00 |
| July 5, 2018 | $10,701.13 |
| July 25, 2018 | $10,701.13 |
| August 20, 2018 | $5,000.00 |
| September 26, 2018 | $11,000.00 |
| November 7, 2018 | $1,000.00 |
| **TOTAL** | **$220,642.46** |

19.     Between November 2016 and November 2018, LLM Placements and Malloy repeatedly missed payments, made partial payments, or failed to pay by the 1st of each month.

20.     On September 26, 2018, Malloy requested reduced monthly installment payments of $4,000 for six months in lieu of the original Installment Payment Agreement payments of $10,701.13.  *See* Ex. 12, Sept. 26, 2018, correspondence.

21.     On December 17, 2018, Keeley L. Hankinson, Chief, Debt Management Office, DFAS, signed an Addendum to the Promissory Note Containing the Installment Agreement (the "Addendum") in which she approved Malloy's request to decrease payments based on materially changed circumstances.  *See* Ex. 13, Addendum.

22.     Notwithstanding her request, Malloy did not sign the Addendum, and on January 25, 2019, emailed Ms. Hankinson that LLM Placements would not be able to fulfill the terms of the Addendum.  *See* Ex. 14, Jan. 25, 2019, correspondence.

23.     On January 29, 2019, Ms. Hankinson responded to Malloy's January 25, 2019, email and notified her that due to LLM Placement's inability to accept the Addendum or fulfill the terms set forth in the Addendum, DFAS was revoking the offer contained in the Addendum and

referring the debt to the Department of the Treasury for collection.  *See* Ex. 15, Jan. 29, 2019, correspondence.

24.    On November 4, 2019, the Department of the Treasury sent LLM Placements a demand letter for $223,541.50, to be paid immediately, thereby exercising the acceleration clause contained in the September 2016 Promissory Note.  *See* Ex. 16, Nov. 4, 2019, correspondence.

25.    On February 29, 2020, the Department of Treasury referred the debt to Coast Professional, Inc. ("Coast Professional"), a debt collection agency.

26.    Coast Professional commenced collection efforts on March 1, 2020, sending a demand letter to LLM Placements on March 6, 2020, and attempting unsuccessfully to reach a representative of LLM Placements by telephone during August and September of 2020.

27.    On September 16, 2020, the Department of the Treasury referred this debt to the Department of Justice.

28.    On or about December 30, 2020, the U.S. Attorney's Office for the District of Columbia sent LLM Placements a demand letter and certificate of indebtedness reflecting an outstanding balance due of $245,849.03.  *See* Ex. 17, Cert. of Indebtedness.

29.    As of the date of this filing, LLM Placements has failed to make a payment on this debt since November 18, 2018.

## THE DEBT

30.    The debt owed the United States (after application of all prior payments, credits, and offsets), as of July 11, 2023, is as follows:

| | |
|---|---|
| Current Principal | $ 169,080.33 |
| Current Accrued Interest (@ 5.5% per annum) | $      213.70 |
| Penalty (@ 6.0%) | $  37,438.55 |
| Treasury & DOJ Fees | $  74,594.23 |
| **Total Due** | **$ 281,326.81** |
| Interest through Date | March 9, 2018 |

31.     The Certificate of Indebtedness shows the total amount owed to date, excluding attorney's fees.  The principal balance and the interest balance shown on the COI are correct as of the date of the Certificate, after application of all prior payments, credits, and offsets.  Prejudgment interest accrues at the rate of 5.5% per annum.

## COUNT I – COMMON LAW – PAYMENT BY MISTAKE

32.     The United States incorporates by reference paragraphs 1 through 31 above as if fully set forth herein.

33.     In or about July 2015, the Defendants caused the United States to make a duplicate payment for a duplicate invoice from LLM Placements based upon the United States' mistaken belief that LLM Placements had not been paid, when they had already been paid.

34.     As a result of this mistaken payment, the United States has sustained damages in an amount to be determined at trial.

## COUNT II – BREACH OF CONTRACT (PROMISSORY NOTE)

35.     The United States incorporates by reference paragraphs 1 through 31 above as if fully set forth herein.

36.     On September 14, 2016, DFAS and LLM Placements and Malloy entered into a valid and enforceable Promissory Note whereby DFAS agreed to not demand immediate repayment of the $374,322.04 that Defendants received as an erroneous payment on the

aforementioned duplicate invoice in exchange for Defendants agreeing to make monthly payments in the amount of $10,701.13 for 36 months.  Pursuant to the terms of the Promissory Note, Defendants made twenty-six payments in varying amounts totaling $220,642.46 of the original $374,322.04 it owed to Plaintiff.  DFAS received Defendants' most recent payment in the amount of $1,000 on November 7, 2018.  Defendants are in breach of the Promissory Note for failure to make the required monthly payments.

37.     As a result of this breach, the United States has sustained damages in an amount to be determined at trial.

## COUNT III – UNJUST ENRICHMENT

38.     The United States incorporates by reference paragraphs 1 through 31 above as if fully set forth herein.

39.     As a result of LLM Placements and Malloy receiving the duplicate payment, LLM Placements and Malloy have been unjustly enriched and have received funds to which neither was entitled, in the amount of $374,322.04.  In equity and good conscience, LLM Placements and Malloy should not retain these funds.


*    *    *

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against the Defendants for principal and accrued interest at the rate of 5.5% per annum to the date of judgment, and interest from the date of judgment at the legal rate until paid in full, with the addition of the Central Intake Facility fee of $140.00, court costs, and such other relief as is just and proper.

Dated: July 27, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:     /s/ *Melissa E. Goforth Koenig*
MELISSA E. GOFORTH KOENIG
OLIVER W. McDANIEL, DC Bar #377360
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 809-3573
melissa.goforth.koenig@usdoj.gov

*Attorneys for the United States of America*